**Order entered February 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01625-CV

### IN RE MARGIE CLARK, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1043-W**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    CRAIG STODDART
       JUSTICE